### LEIBE et al. v. WALKER BIN CO.

(Circuit Court of Appeals, Fifth Circuit. January 7, 1913.)

No. 2432.

PATENTS ☞328—VALIDITY AND INFRINGEMENT—TILTING BIN.

The Walker patent, No. 614,279, for a tilting bin, designed chiefly for use in grocery stores, *held* valid and infringed.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge.

Suit in equity by the Walker Bin Company against Magdaline Leibe and William Leibe, Jr., trading as the Wm. Leibe Refrigerator Manu-

factory. Decree for complainant (224 Fed. 516) and defendants appeal. Affirmed.

T. Hart Anderson, of New York City, for appellants.
Ernest Howard Hunter, of Philadelphia, Pa., for appellee.

Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. A majority of the judges being of the opinion that there is no error in the record, the decree is affirmed.